No. 99–8797. KOEHLER v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 99–8817. THOMPSON v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 99–8841. PUKSAR v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 99–8865. DANIEL v. WEST VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 99–8895. STOGNER v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 99–8896. STANLEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–8912. CARRANZA-CHAVEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–8914. IKO v. SIZER, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–8945. BOBROWSKY v. TOYOTA MOTOR CORP. ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 99–8968. SMALL v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 99–8989. CONNER v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 99–8992. LITTLES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–9013. FISHER v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 99–9048. KINGSBERRY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–9067. MASON v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 99–9096. SMITH v. RENO, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.